**UNITED STATES of America,**
**Plaintiff-Appellant,**

v.

**2,456.06 ACRES OF LAND, MORE OR LESS, SITUATED IN AUTAUGA AND LOWNDES COUNTIES, STATE OF ALABAMA, and Don McQueen Smith et al., Defendants-Appellees.**

No. 71-1018.

United States Court of Appeals,
Fifth Circuit.

June 25, 1971.

Shiro Kashiwa, Asst. Atty. Gen., Raymond N. Zagone, Carl Strass, Attys., Dept. of Justice, Washington, D. C., Ira De Ment, U. S. Atty., F. E. Leonard, Jr.,

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

Asst. U. S. Atty., Montgomery, Ala., Max E. Findley, Atty., Dept. of Justice, Washington, D. C., for plaintiff-appellant.

Watkins C. Johnston, William B. Moore, Jr., Euel A. Screws, Jr., Hobbs, Copeland, Franco & Screws, Marlin M. Mooneyham, Mooneyham & Mooneyham, Rushton, Stakely, Johnston & Garrett, Montgomery, Ala., for defendants-appellees.

Before COLEMAN, SIMPSON and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]